IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Maywood Mart TEI Equities LLC,<br>　　　　　　　　　Plaintiff(s)<br>v.<br><br>Zurich American Insurance Company,<br>　　　　　　　　　Defendant(s) | ) ) ) ) ) ) ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:16cv02618 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Maywood Mart TEI Equities LLC and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Zurich American Insurance Company.

Dated: New York, New York
　　　　April 18, 2016

WEG AND MYERS, P.C.
*Attorneys for Plaintiff*

By: _____
　　　JOSHUA L. MALLIN (JM0474)
Federal Plaza
52 Duane Street, 2nd Floor
New York, New York 10007
(212) 227-4210

SO ORDERED:

_____
U.S.D.J.
4/27/16